UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LARRY COFFMAN, on behalf of himself and all other similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALAN BLAKE, LINDA MEADE, JAY ENGLEHART and OTHER UNKNOWN PERSONS, ALL MSOTC FACILITY, )<br>)<br>Defendants. ) | No. 4:05-cv-533-RWS |

### ORDER OF DISMISSAL
### PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's action is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Dated this 17th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE